UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTISLA BEST,<br><br>                              Plaintiff,<br><br>            -against-<br><br>APPLE INC., MUSIC, TV; AMAZON MUZIC;<br>AMAZON; AMAZON PRIME; PANDORA<br>MUSIC; CARTOON NETWORK,<br><br>                              Defendants. | 20-CV-8870 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued October 29, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 29, 2020
             New York, New York

                                                                        Louis L. Stanton
                                                                           U.S.D.J.